IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-330-D

UNITED STATES OF AMERICA         :
                                 :
        v.                       :
                                 :
JOHN LOUIS LEWANDOWSKI           :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 16, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 2253(a), based upon the defendant pleading guilty to 18 U.S.C. § 2252(a)(2) and 18 U.S.C. § 2252(a)(4)(B), and further evidence of record and as presented by the Government, forfeiting to the United States the defendant's interest in certain personal property referenced in Exhibit A attached thereto, and attached hereto as Exhibit A;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between June 10, 2016 and July 9, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of

1

the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's July 16, 2014 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the July 16, 2014 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the U. S. Postal Inspection Service and/or the U. S. Marshal's Service are directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __30__ of day __May__, 2017.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

# U.S. Postal Inspection Service -- Evidence Inventory Report

| Domicile | Barcode# | Case Number | Property Type | Location | Status | Item Description | High Value | Date of Last Activity |
|---|---|---|---|---|---|---|---|---|
| CHARLOTTE D | IS0000099396 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | 2 diskettes | No | 7/22/2013 |
| CHARLOTTE D | IS0000099398 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | dvds | No | 7/22/2013 |
| CHARLOTTE D | IS0000099399 | 1946311 | Computer/Equipment | Evidence Room | Active | 2 linksys adapters | No | 7/22/2013 |
| CHARLOTTE D | IS0000099400 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | dvds | No | 7/22/2013 |
| CHARLOTTE D | IS0000099401 | 1946311 | Computer/Equipment | Evidence Room | Active | wifi device | No | 7/22/2013 |
| CHARLOTTE D | IS0000099402 | 1946311 | Computer/Equipment | Evidence Room | Active | ipad | No | 7/22/2013 |
| CHARLOTTE D | IS0000099403 | 1946311 | Computer/Equipment | Evidence Room | Active | hard drive | No | 7/22/2013 |
| CHARLOTTE D | IS0000099404 | 1946311 | Computer/Equipment | Evidence Room | Active | 3 video cameras | No | 7/22/2013 |
| CHARLOTTE D | IS0000099405 | 1946311 | Computer/Equipment | Evidence Room | Active | gateway laptop | No | 8/7/2013 |
| CHARLOTTE D | IS0000099406 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | 1 box of RW dvd stacks | No | 7/22/2013 |
| CHARLOTTE D | IS0000099407 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | 3 boxes - RW DVD's, naturist dvds and azov films | No | 7/22/2013 |
| CHARLOTTE D | IS0000099408 | 1946311 | Other | Evidence Room | Active | nudism and teen magazines | No | 7/22/2013 |
| CHARLOTTE D | IS0000099409 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | stack of dvds | No | 7/22/2013 |
| CHARLOTTE D | IS0000099410 | 1946311 | Computer/Equipment | Evidence Room | Active | box of hard drives | No | 7/22/2013 |
| CHARLOTTE D | IS0000099411 | 1946311 | Computer/Equipment | Evidence Room | Active | raid tower | No | 8/7/2013 |
| CHARLOTTE D | IS0000099412 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | Minus spindle of 71 cd/dvds that were sent to CERT-CMU for decryption. Split By: USPIS\ERWise On 6/4/2014 New Split Barcode Number IS0000957143 | No | 7/22/2013 |
| CHARLOTTE D | IS0000099419 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | dvds, paperwork | No | 7/22/2013 |
| CHARLOTTE D | IS0000099420 | 1946311 | Computer/Equipment | Evidence Room | Active | hard drive | No | 7/22/2013 |
| CHARLOTTE D | IS0000099421 | 1946311 | Computer/Equipment | Evidence Room | Active | computer laser tower | No | 7/22/2013 |
| CHARLOTTE D | IS0000099422 | 1946311 | Computer/Equipment | Evidence Room | Active | hard drive | No | 7/22/2013 |
| | S0000599100 | 1946311 | Computer/Equipment | Evidence Room | Active | box of computer equipment Original Amount:200.00 Split Amount:0 Updated Amount:200.00 Split By: USPIS\AHaqqani On 6/19/2013 New Split Barcode Number IS0000832199 | No | 7/22/2013 |
| | S0000599103 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | bag of dvds | No | 8/7/2013 |

GOVERNMENT EXHIBIT 4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CHARLOTTE D | IS0000599104 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | box of vhs tapes | No | 7/22/2013 |
| CHARLOTTE D | IS0000599105 | 1946311 | Other | Evidence Room | Active | boys underwear | No | 7/22/2013 |
| CHARLOTTE D | IS0000599106 | 1946311 | Bulk Document | Evidence Room | Active | naturist magazines and photos | No | 7/22/2013 |
| CHARLOTTE D | IS0000599107 | 1946311 | Computer/Equipment | Evidence Room | Active | magitronic laptop | No | 8/7/2013 |
| CHARLOTTE D | IS0000599108 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | diskettes | No | 7/22/2013 |
| CHARLOTTE D | IS0000599109 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | box of diskettes and dvds | No | 7/22/2013 |
| CHARLOTTE D | IS0000599110 | 1946311 | Computer/Equipment | Evidence Room | Active | hard drives | No | 7/22/2013 |
| CHARLOTTE D | IS0000599111 | 1946311 | Computer/Equipment | Evidence Room | Active | spy cams | No | 8/7/2013 |
| CHARLOTTE D | IS0000599112 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | photos & RW dvds | No | 7/22/2013 |
| CHARLOTTE D | IS0000599113 | 1946311 | Communication Devices | Evidence Room | Active | iphone | No | 8/7/2013 |
| CHARLOTTE D | IS0000599114 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | vhs tapes, photos | No | 7/22/2013 |
| CHARLOTTE D | IS0000599115 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | drawer of vhs tapes | No | 7/22/2013 |
| CHARLOTTE D | IS0000599116 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | RW dvds | No | 7/22/2013 |
| CHARLOTTE D | IS0000599117 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | box of vhs tapes | No | 7/22/2013 |
| CHARLOTTE D | IS0000599118 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | 2 totes of RW DVD's from Master Bedroom Split By: USPIS\SMLidtke On 1/16/2013 New Split Barcode Number IS0000754370 | No | 7/22/2013 |
| CHARLOTTE D | IS0000599119 | 1946311 | Computer/Equipment | Evidence Room | Active | box of dvds and hard drives | No | 7/22/2013 |
| CHARLOTTE D | IS0000599120 | 1946311 | Computer/Equipment | Evidence Room | Active | box containing asus laptop and kindle Original Amount:200.00 Split Amount:0 Updated Amount:200.00 Split By: USPIS\AHaqqani On 6/19/2013 New Split Barcode Number IS0000832204 | No | 7/22/2013 |
| CHARLOTTE D | IS0000754370 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Evidence Room | Active | 54 RW DVD's Split from: (Parent Evidence Bar Code Number IS00005991l8). Split By USPIS\SMLidtke On 1/16/2013 | No | 7/22/2013 |
| CHARLOTTE D | IS0000832199 | 1946311 | Computer/Equipment | Evidence Room | Active | External ADS hard drive Split from: (Parent Evidence Bar Code Number IS0000599100). Split By USPIS\AHaqqani On 6/19/2013 Original Parent Amount:200.00 Split Amount:0 Updated Parent Amount:200.00 | No | 8/19/2013 |

| Location | Bar Code | Case | Type | Storage | Status | Description | Firearm | Date |
|---|---|---|---|---|---|---|---|---|
| CHARLOTTE D | IS0000832204 | 1946311 | Computer/Equipment | Evidence Room | Active | kindle Split from: (Parent Evidence Bar Code Number IS0000599120). Split By USPIS\AHaqqani On 6/19/2013 Original Parent Amount:200.00 Split Amount:0 Updated Parent Amount:200.00 | No | 8/19/2013 |
| CHARLOTTE D | IS0000957143 | 1946311 | Recordable Media (CD, DVD, Tape, Etc) | Other - Transferred To Other Agency | Temporary Trans | Spindle containing 71 cd/dvds with a check mark on them believed to be encrypted. Items being sent to CERT-CMU Split from: (Parent Evidence Bar Code Number IS0000099412). Split By USPIS\ERWise On 6/4/2014 | No | 6/11/2014 |
| GREENSBORO | IS0000099397 | 1946311 | Document/check | Evidence Room | Disposed | passport | No | 2/12/2013 |
| GREENSBORO | IS0000099413 | 1946311 | Firearm/Explosive | Evidence Room | Disposed | Smith & Wesson handgun w/ magazine | Yes | 2/12/2013 |
| GREENSBORO | IS0000099414 | 1946311 | Other | Evidence Room | Disposed | Handgun & Rifle ammunition | No | 2/12/2013 |
| GREENSBORO | IS0000099415 | 1946311 | Firearm/Explosive | Evidence Room | Disposed | Remington 870 Shotgun | Yes | 2/12/2013 |
| GREENSBORO | IS0000099416 | 1946311 | Firearm/Explosive | Evidence Room | Disposed | Remington 760 rifle | Yes | 2/12/2013 |
| GREENSBORO | IS0000099417 | 1946311 | Firearm/Explosive | Evidence Room | Disposed | Glenfield .22 caliber rifle | Yes | 2/12/2013 |
| GREENSBORO | IS0000099418 | 1946311 | Firearm/Explosive | Evidence Room | Disposed | SKS rifle | Yes | 2/12/2013 |

**Final Total:** 50